__David Pierre-Jones #BL8033__
Name and Prisoner/Booking Number

__Salinas Valley State Prison__
Place of Confinement

__P.O. Box 1050__
Mailing Address

__Soledad, CA    93960__
City, State, Zip Code

**FILED**

AUG 05 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

__David Pierre-Jones__                          )
(Full Name of Plaintiff)            )
                    Plaintiff,        )
                                     )
            v.                       )   CASE NO. __1:24-CV-00904-CDB-(PC)__
                                     )           (To be supplied by the Clerk)
(1) __Jeremy Defranco__         ,    )
(Full Name of Defendant)             )
                                     )
(2) _____ ,         )
                                     )   **CIVIL RIGHTS COMPLAINT**
(3) _____ ,         )   **BY A PRISONER**
                                     )
(4) _____ ,         )   ☑ Original Complaint
            Defendant(s).            )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )   ☐ Second Amended Complaint

**RECEIVED**

AUG 05 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

### A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred: __California Correctional Institute, tehachapi__

## B. DEFENDANTS

1.  Name of first Defendant: _Jeremy Defranco_. The first Defendant is employed as: _Psychiatrist_ at _CCI Tehachapi_.
         (Position and Title)               (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
         (Position and Title)               (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
         (Position and Title)               (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
         (Position and Title)               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2.  If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Pierre-Jones_ v. _Campos et al_
        2.  Court and case number: _Eastern District_  _1:23-cv-01372-KES-SKO_
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Case is still pending._

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _U.S. Constitutional_ _8th amendment, Cruel and unsual punishment.Deliberate Indiferen_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _On February 29th, 2024 while housed on facility A in the California Correctional Institute, the plaintiff reported to medical officials. At that time that i was in a suicidal train of thought. the defendant Mr. Defranco appeared in response and explained that he was a doctor with mental health. I specifically told him that i Had metal in my mouth and that i was going to take it and use it to cut my arms and my insides. once Mr.Defranco got this information he left and told custody to take me back into a holding cell. As soon as i was returned to a holding cell i began cutting myself on the arm Mr. Defranco Recieved this information and cleared me from having any suicidal ideations Despite Swallowing metal scraps right in front of him and scratching my arm all the while i stayed in the holding cell._

4. **Injury.** State how you were injured by the actions, or inactions of the Defendant(s).
   _Mr. Defranco's Deliberate indifference to my serious medical need promptly caused me to hurt myself by ~~over~~ scraping my arm until i bled._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E.  REQUEST FOR RELIEF

State the relief you are seeking: *The Defendant is sued in his individual capacity in the Amount of $900,000 dollars for general Damages, and $160,000 in ~~the~~ Punitive Damages.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____7/29/24_____
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.