IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PIERRE-JONES,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DEFRANCO,**<br><br>　　　　　　　　　　　Defendant. | Case No. 1:24-cv-00904 CDB<br><br>[PROPOSED] ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 9)<br><br>[PROPOSED] ORDER FOR DEFENDANT DEFRANCO TO FILE A RESPONSE TO THE COMPLAINT BY NOVEMBER 7, 2024 (Doc. 12) |

　　　On October 9, 2024, the Court issued an order for Defendant DeFranco to show cause why default should not be entered. (ECF No. 9.) Defendant DeFranco has now appeared in this action and states that he intends to defend it. Accordingly, for the reasons set forth in the declarations filed in support of Defendant's response to the show cause order (*see* Docs. 12-1, 12-2, & 12-3), the Court finds good cause to discharge the order to show cause issued on October 9, 2024. Defendant DeFranco also requests a two-week extension of time to respond to the complaint. Good cause having been shown, Defendant's request is GRANTED. Defendant DeFranco shall file a response to Plaintiff's Complaint by November 7, 2024.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court's order to show cause, issued on October 9, 2024, is DISCHARGED; and

2. Defendant DeFranco shall file a response to Plaintiff's complaint by November 7, 2024.

IT IS SO ORDERED.

Dated:   October 28, 2024

_____
The Honorable Christopher D. Baker
U.S. MAGISTRATE JUDGE