UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PIERRE-JONES,<br><br>   Plaintiff,<br><br>v.<br><br>JEREMY DEFRANCO,<br><br>   Defendant. | Case No.: 1:24-cv-00904-CDB (PC)<br><br>**ORDER LIFTING STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER**<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINE FORM** |

Plaintiff David Pierre-Jones ("Plaintiff") is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 8, 2024, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 17). The Court ordered the parties to file notice, within 45 days from the date of the order, indicating whether they believed an early settlement conference would be productive in this matter. (*Id*. at 2).

On December 20, 2024, Defendant filed a notice indicating that an early settlement conference would not be productive in this matter. (Doc. 21).

Because Defendant does not believe that an early settlement conference would be productive, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

///

**Conclusion and Order**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The previously imposed stay of this action (Doc. 17) is **LIFTED**;
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter;
3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order; and
4. The parties are **DIRECTED** to file a completed Consent / Decline of U.S. Magistrate Judge Jurisdiction form **within 30 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **December 30, 2024**

UNITED STATES MAGISTRATE JUDGE