1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON G. MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   Deputy Attorney General
4   1300 I Street, Suite 125
    Sacramento, CA 95814
5   Telephone:  (916) 210-6648
    Fax:  (916) 324-5205
6   E-mail:  Elise.Thorn@doj.ca.gov
   *Attorneys for Defendant J. DeFranco*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID PIERRE-JONES,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY DEFRANCO,<br><br>    Defendant. | 1:24-cv-00904-KES-CDB<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO REQUEST FOR ANSWERS TO INTERROGATORIES (ECF NO. 35)**<br><br>Judge:    The Honorable Christopher D. Baker<br>Trial Date:<br>Action Filed:   August 5, 2024 |

1  Defendant DeFranco hereby withdraws the motion to compel Plaintiff's production of
2  documents and responses to requests for answers to interrogatories filed on July 11, 2025. (ECF
3  No. 35.)

Dated: August 1, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendant
Jeremy DeFranco, M.D.*

SA2024304596
39205504.docx

# CERTIFICATE OF SERVICE

Case Name:  **David Pierre-Jones (BL8033) v. DeFranco**          No.  **1:24-cv-00904-KES-CDB**

I hereby certify that on <u>August 1, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO REQUEST FOR ANSWERS TO INTERROGATORIES (ECF NO. 35)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 1, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Pierre, BL8033
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 1, 2025</u>, at Sacramento, California.

|  K. Vitalie  |  */s/ K. Vitalie*  |
|---|---|
| Declarant | Signature |

SA2024304596
39206176.docx