FILED

NOV 12 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Dear Clerk of the Court,

My name is David Pierre-Jones and i am the Pro-Per plaintiff in the following case #1:24-cv-00904-CDB-KES

Please change my mailing address to the following:

West Valley Detention Center,
9500 Etiwanda BLVD Rancho Cucamonga, CA 91739

Please also send me any recent updates in my case along with the actual granting of the screening order.

Thank you for all of your help.

Happy Holidays!