**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID PIERRE-JONES,<br><br>                    Plaintiff,<br><br>        v.<br><br>JEREMY DEFRANCO,<br><br>                    Defendant. | Case No.: 1:24-cv-00904 KES CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>ORDER DIRECTING THE CLERK OF COURT TO TERMINATE PENDING MOTIONS, ENTER JUDGMENT IN FAVOR OF DEFENDANT JONES AND AGAINST PLAINTIFF, AND TO CLOSE THIS CASE<br><br>Docs. 38, 44 |

David Pierre-Jones asserts that Doctor DeFranco violated his rights arising under the Eighth Amendment while Pierre-Jones was housed at CCI-Tehachapi.  Doc. 1.  Defendant moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, arguing that he was not deliberately indifferent to a serious medical need.  Doc. 38-1 at 16.  Plaintiff did not oppose the motion.

The magistrate judge reviewed the undisputed evidence concerning defendant's medical examination and care and found that "Defendant has met his initial burden by demonstrating there is no genuine dispute as to any material fact concerning Plaintiff's deliberate indifference to serious medical needs claim."  Doc. 44 at 17; *see also id.* at 6-16.  The magistrate judge also determined that "the assertions made in Plaintiff's complaint do not establish the existence of any

factual dispute." *Id.* The magistrate judge concluded that "the record taken as a whole would not lead a rational trier of fact to find for Plaintiff on his Eighth Amendment deliberate indifference to serious medical needs claim." *Id.* The magistrate judge recommended the Court grant the motion and enter judgment in favor of Defendant. *Id.* at 18.

On February 5, 2026, the Court served the findings and recommendations on the parties and informed them that any objections were due within 14 days. Doc. 44 at 18. The Court also advised that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Neither Plaintiff nor Defendant filed objections, and the time to do so expired.

Pursuant to 28 U.S.C. § 636(b)(1), the Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued February 5, 2026 (Doc. 44) are **ADOPTED** in full.

2. Defendant's motion for summary judgment (Doc. 38) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in favor of Defendant DeFranco and to close this case.

IT IS SO ORDERED.

Dated: ___March 17, 2026___

_____
UNITED STATES DISTRICT JUDGE

2