# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**DAVID PIERRE–JONES ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:24–CV–00904–KES–CDB**

v.

**JEREMY DEFRANCO ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/18/2026 .**

ENTERED:  **March 18, 2026**      /s/  **Keith Holland**

Clerk of Court